■ The People of the State of New York, Respondent, v Rose Vilsint, Appellant. [789 NYS2d 433]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered November 13, 2002, convicting her of robbery in the first degree and criminal possession of stolen property in the fifth degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.

■ The People of the State of New York, Respondent, v James Webb, Appellant. [789 NYS2d 432]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 30, 2001 (*People v Webb,* 285 AD2d 659 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered December 23, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Ritter and Luciano, JJ., concur.